| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Tuffstuff Fitness International, Inc.** | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **33-0542199** | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **155 N. Riverside Dr., Suite 100** <br> **Anaheim, CA 92808** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** <br> County | **Location of principal assets, if different from principal place of business** <br> **13971 Norton Ave Chino, CA 91710** <br> Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | **www.tuffstufffitness.com** |
|---|---|---|

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Tuffstuff Fitness International, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor    **Tuffstuff Fitness International, Inc.**                                    Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases**      ■ No
**pending or being filed by a**      ☐ Yes.
**business partner or an**
**affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list        Debtor _____         Relationship _____

District _____  When _____  Case number, if known _____

**11.** **Why is the case filed in**      *Check all that apply:*
*this district?*
■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**      ■ No
**have possession of any**      ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**         **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
    livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

■  **Statistical and administrative information**

**13.** **Debtor's estimation of**  .   *Check one:*
**available funds**
■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**   ☐ 1-49         ☐ 1,000-5,000       ☐ 25,001-50,000
**creditors**        ☐ 50-99        ☐ 5001-10,000       ☐ 50,001-100,000
             ■ 100-199       ☐ 10,001-25,000      ☐ More than100,000
             ☐ 200-999

**15.** **Estimated Assets**   ☐ $0 - $50,000       ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
             ☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
             ☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
             ☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

**16.** **Estimated liabilities**   ☐ $0 - $50,000       ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 3

Debtor    **Tuffstuff Fitness International, Inc.**                                    Case number (*if known*) _____
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   **Tuffstuff Fitness International, Inc.**                         Case number (*if known*) _____
       Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   **September 18, 2023**
                     MM / DD / YYYY

**X**    *see attached* _____        **Richard M. Reyes, Jr.** _____
    Signature of authorized representative of debtor           Printed name

Title   **Chairman & CEO** _____

---

**18. Signature of attorney**

**X**   */s/ John-Patrick M. Fritz* _____      Date  **September 18, 2023** _____
    Signature of attorney for debtor                            MM / DD / YYYY

**John Patrick M. Fritz 245240 State of California** _____
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P** _____
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034** _____
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234** _____    Email address   **jpf@lnbyg.com** _____

**245240 State of California CA** _____
Bar number and State

---

| Debtor | **Tuffstuff Fitness International, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 18, 2023**
             MM / DD / YYYY

X _/s/ Richard M. Reyes, Jr._          **Richard M. Reyes, Jr.**
Signature of authorized representative of debtor     Printed name

Title   **Chairman & CEO**

**18. Signature of attorney**

X _____      Date   **September 18, 2023**
Signature of attorney for debtor               MM / DD / YYYY

**John Patrick M. Fritz 245240 State of California**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P**
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**     Email address   **jpf@lnbyg.com**

**245240 State of California CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Tuffstuff Fitness International, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 18, 2023**   X   See attached
Signature of individual signing on behalf of debtor

**Richard M. Reyes, Jr.**
Printed name

**Chairman & CEO**
Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Tuffstuff Fitness International, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    *Amended Schedule*
☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 18, 2023**    X _____
                                                Signature of individual signing on behalf of debtor

**Richard M. Reyes, Jr.**
Printed name

**Chairman & CEO**
Position or relationship to debtor

---

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Tuffstuff Fitness International, Inc.** | |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ascencion Bautista 11207 Remer Street S. El Monte, CA 91733** | | | | | | $79,774.00 |
| **Bryan Edward Wickman 952 Redhead Lane Corona, CA 92880** | | | | | | $79,774.00 |
| **David A Waddell P.O. Box 577 Yarnell, AZ 85362-0577** | | | | | | $46,791.15 |
| **EDI Express 1801 W Olympic Blvd Pasadena, CA 91199** | jessica.rojas@edie xpressinc.com 800-365-0100 | | | | | $87,812.90 |
| **Elan Sales Financial PO Box 790428 St Louis, MO 63179** | cpselanclientservic es@elansales.com 800-365-0100 | | | | | $62,783.63 |
| **Estuardo Ayala 163 E. Grove St. Rialto, CA 92376** | | | | | | $64,730.51 |
| **GACGS 6002 Dogwood Circle Tamarac, FL 33319** | gene.augustus@ga cgs.com 415-475-9389 | | | | | $44,829.91 |
| **HOWARD N GOULD 127 Broadway  STE 210 Santa Monica, CA 90401** | hgould@hgouldlaw .com 310-481-6789 | | | | | $56,679.82 |
| **HUSCH BLACKWELL PO Box 790379 St Louis, MO 63179** | michelle.seabaugh @huschblackwell.c om 314-345-6105 | | | | | $67,055.67 |

Debtor **Tuffstuff Fitness International, Inc.**        Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Impulse (Qingdao) Health Tech Co., Ltd. Huashan 2nd Road Jimo Qingdao Shandong Province 266200 CHINA** | **sgd@impulsefitnes s.com 86-532-88590963** | | | | | **$1,170,776.80** |
| **Jesus Ponce 10057 Pradera Ave Montclair, CA 91763** | | | | | | **$52,760.22** |
| **Jose R Simental 222 E Foothill Blvd Apt# 67 Pomona, CA 91767** | | | | | | **$44,066.64** |
| **Kenneth E Carter 2653 Sweetbriar Dr Claremont, CA 91711** | | | | | | **$77,882.66** |
| **Mazuma Capital 274 W 12300 S Draper, UT 84020** | | **Personal Property Equipment Leae** | **Contingent Unliquidated Disputed** | | | **$331,767.80** |
| **One Benefit Source 444 N Larchmont Blvd STE 101 (MEDICAL/EXPENS ES) Los Angeles, CA 90017** | **mklowe@one-bene fit-source.com 626-374-7773** | | | | | **$64,209.08** |
| **QINGDAO GRAND FITNESS INT'L CO., LTD 40 Shandong Road Qingdao Shandong Province 266071 CHINA** | **leahxin@grand-fitn ess.com 0086-532-66753788** | | | | | **$859,230.86** |
| **Rexford Industrial Realty, LP PO BOX 740028 Los Angeles, CA 90074** | **sbatacan@rexfordi ndustrial.com 310-405-7666** | | **Contingent Unliquidated Disputed** | | | **$228,753.59** |
| **Richard M Reyes 40107 Pasadena Drive Temecula, CA 92591** | | | | | | **$79,774.00** |
| **Trumpf Finance 480 Washington Blvd 24th FL Jersey City, NJ 07310** | | **Personal Property Equipment Lease** | **Contingent Unliquidated Disputed** | | | **$740,450.00** |

Debtor   **Tuffstuff Fitness International, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Cargo Management, Inc 19401 S Main St STE 202 Gardena, CA 90248** | **leoli@ucmcargo.com 310-879-6206** | | | | | **$102,911.80** |

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:    **September 18, 2023**

see attached

**Richard M. Reyes, Jr.**
Signature of Debtor 1

_____

Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                                    *Page 1*                    **F 1015-2.1.STMT.RELATED.CASES**

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None
_____

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None
_____

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None
_____

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None
_____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____CHINO_____ , California.

Date:      **September 18, 2023**

_____
**Richard M. Reyes, Jr.**
Signature of Debtor 1


_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                          Page 1          **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **John Patrick M. Fritz 245240 State of California**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234**<br>California State Bar Number: **245240 State of California CA**<br>jpf@lnbyg.com | |

☐  *Debtor(s) appearing without an attorney*

☑  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        **Tuffstuff Fitness International, Inc.** | CASE NO.:<br><br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|                                                       Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___29___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:   **September 18, 2023**

*see attached*
_____
Signature of Debtor 1

Date:   _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:   **September 18, 2023**

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                          **F 1007-1.MAILING.LIST.VERIFICATION**

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**John Patrick M. Fritz 245240 State of California**
**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
**(310) 229-1234**
California State Bar Number: **245240 State of California CA**
jpf@lnbyg.com

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Tuffstuff Fitness International, Inc.**

Debtor(s).

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

#### [LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **29** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **September 18, 2023**

Signature of Debtor

Date:  _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **September 18, 2023**

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Tuffstuff Fitness International, Inc.
155 N. Riverside Dr., Suite 100
Anaheim, CA 92808


John Patrick M. Fritz
Levene, Neale, Bender, Yoo & Golubchik L.L.P
2818 La Cienega Avenue
Los Angeles, CA 90034


A Green Vision Landscapes
43362 Nola St
Hemet, CA 92544


ACC Business
PO Box 105306
Atlanta, GA 30348


Accurate Imaging Resources
31103 Rancho Viejo Rd #D250
San Juan Capistrano, CA 92675


Action Fabrics & Upholstery Supplies
967 E Mission Blvd
Pomona, CA 91766


Agilis
4301 S Flamingo Rd
STE 106 PMB 64583
Davie, FL 33330


Agustin L Garcia
2337 Pennsylvania Av
San Bernardino, CA 92407

Allied Storage Containers
PO Box 519
Colton, CA 92324


Alvaro Ortiz Olvera
14928 Orchid Avenue
Fontana, CA 92335


Amada America, Inc
PO Box 31001-1436
Pasadena, CA 91110


Amada Capital Corp
7025 Firestone Blvd
Buena Park, CA 90621


AMERICAN RING
PO Box 951311
Cleveland, OH 44913


Anabel P Lara
4300 Holt Blvd
Apt# 104
Montclair, CA 91763


Antonio Gonzalez
4134 Sierra Vista Drive
Chino Hills, CA 91709


APD Inc.
PO Box 460
Corona, CA 92878

APPLIED LUBRICATION TECHNOLOGY, INC.
12 French Drive
Mono, ON L9W5W1
CANADA


Arnulfo Isaac
346 N. Sunset Ave.
#165
La Puente, CA 91744


Artemio Cabrera Campa
15241 Holly Drive
Fontana, CA 92335


Arturo Lopez Zambrano
10722 Shire Place
Apt#2
Whittier, CA 90601


ASC Staffing Group
14880 Monte Vista Ave
Chino, CA 91710


Ascencion Bautista
11207 Remer Street
S. El Monte, CA 91733


ASGC, Inc.
1940 E Locust St STE E
Ontario, CA 91761


Attwood Corporation
25349 Network Place
Chicago, IL 60673

Aurora Bearing Company
901 Aucutt Road
Montgomery, IL 60538


Axalta Coating Systems LLC
PO Box 3490
Carol Stream, IL 60132


Aztec Forklift Repair
4651 Villa Woods Dr
Riverside, CA 92509


BETTER BUSINESS BUREAU
2600 W Shaw Lane
Fresno, CA 93711


BizFund LLC
2371 McDonald Ave. 2nd Floor
Brooklyn, NY 11233


BizFund LLC
762 Orange St.
Wilmington, DE 19801


Blue Star Metals
3840 Wacker Dr
Mira Loma, CA 91752


Borrmann Metal Center
110 W Olive Ave
Burbank, CA 91502

Bryan Edward Wickman
952 Redhead Lane
Corona, CA 92880


Cactus Mat Mfg. Co.
930 W Tenth St
Azusa, CA 91702


Caleb Brooks
23401 Mount Ashland Court
Murrieta, CA 92562


California Dep. of Tax and
Fee Administration
PO Box 942879
Sacramento, CA 94279


California Franchise Tax Board
Bankruptcy Unit
PO Box 2952 MS-A340
Sacramento, CA 95812-2952


California Tool & Welding Supply
201 N Main St
Riverside, CA 92501


Cardinal Paint & Powder
PO Box 9296
So El Monte, CA 91733


Carmen J Ramirez
1189 S Clifford Ave
Rialto, CA 92376

CENTURY BUSINESS SERVICES INC
1675 Senic Ave STE 250
Costa Mesa, CA 92626


Chemco Products Company
6401 Alondra Blvd
Paramount, CA 90723


Chris Leonard


CITY OF CHINO
PO Box 667
Chino, CA 91708


Claudia J Alvarado
1485 Sheridan Ave.
Pomona, CA 91767


COAST ALUMINUM, Inc
DEPT 710070  PO BOX 514670
Los Angeles, CA 90051


COFACE North America Insurance Co
Lockbox 10116 PO BOX 70280
Philadelphia, PA 19176


Commercial Lumber & Pallet Co Inc.
PO Box 80405
City of Industry, CA 91716

Complete Metal Design Inc
154 S Valencia Ave
Glendora, CA 91741


Corporation Service Company
P.O. Box 2576
Springfield, IL 62708


Crawford Inland Compressor
780 E Francis St UNIT F
Ontario, CA 91761


Crown Graphics
13766 Redwood St STE B
Chino, CA 91710


Culligan of Ontario
PO Box 2903
Wichita, KS 67201


Custom Logistics
PO Box 2850
Northlake, IL 60164


CV Twins Trucking
15351 Manzana Ave
Paramount, CA 90723


D & S SECURITY, INC (D&S)
2550 Corporate Place
Monterey Park, CA 91754

D3YTK Drafting
13803 Woodpecker Rd
Victorville, CA 92394


David A Waddell
P.O. Box 577
Yarnell, AZ 85362-0577


David G Ortez Q.
16225 Arrow Blvd.
# L-166
Fontana, CA 92335


DAVID HERNANDEZ
16763 Dubesor St
La Puente, CA 91744


David S Hernandez
16763 Dubesor St
La Puente, CA 91744


Dell Technology
PO Box 5292
Carol Stream, IL 60197


Denis O Reyes
1030 1/2 South Campus Ave
Ontario, CA 91761


Dependable Highway Express
PO Box 58047
Los Angeles, CA 90058

Diversified Transportation Services
19829 Hamilton Ave STE 150
Torrance, CA 90502


Eastmont Paint & Decorating
3027 W Beverly Blvd
Montebello, CA 90640


EDI Express
1801 W Olympic Blvd
Pasadena, CA 91199


Elan Sales Financial
PO Box 790428
St Louis, MO 63179


Eric Emiliano Barajas
1505 Northpark Boulevard West
APT. 208
San Bernardino, CA 92407


Ervin Cohen & Jessup
9401 Wilshire Blvd 9th Floor
Beverly Hills, CA 90212


Essentra Components
PO Box 3384
Carol Stream, CA 60132


Estco Enterprises, Inc
1549 Simpson Way
Escondido, CA 92029

Estuardo Ayala
163 E. Grove St.
Rialto, CA 92376


Eulalio Castaneda
1135 E. 7th St APT-3
Pomona, CA 91766


Fairfield Industries, Inc.
2105 W Jackson / PO Box 1930
Fairfield, IA 52556


FASTENAL
PO Box 1286
Winona, MN 55987


FedEx
PO Box 7221
Pasadena, CA 91109


Fidencio Lopez-Campos
1660 West 23rd Street
San Bernardino, CA 92411


Flex-Mate/National Poly Films
1855 E 29th St #E
Signal Hill, CA 90755


Freeman
PO Box 734596
Dallas, TX 75373

GACGS
6002 Dogwood Circle
Tamarac, FL 33319


Gates Mectrol, Inc
LOCK BOX 102203
Atlanta, GA 30368


German Melendez
1440 W 29th St
Los Angeles, CA 90007


Globaltranz Enterprises, LLC
PO Box 203285
Dallas, TX 75320


Gold Coast Logistics
PO Box 840808
Dallas, TX 75284


Grainger
DEPT 817022809
Palatine, IL 60038


Grobstein Teeple
22832 Rockfield Blvd STE 245
Lake Forest, CA 92630


High Precision Gas
10770 Painter Ave
Santa Fe Springs, CA 90670

HOWARD N GOULD
127 Broadway STE 210
Santa Monica, CA 90401


HUSCH BLACKWELL
PO Box 790379
St Louis, MO 63179


I.D. Services
1707 S Grove Ave UNIT C
Ontario, CA 91761


Impulse (Qingdao) Health Tech Co., Ltd.
Huashan 2nd Road Jimo
Qingdao Shandong Province 266200
CHINA


INDUSPAC CALIFORNIA, INC
DEPT LA 24691
Pasadena, CA 91185


Industrial Maintenance Assistance, Inc
13829 Magnolia Ave
Chino, CA 91710


INDUSTRIAL METAL SUPPLY CO.
8300 San Fernando Road
Sun Valley, CA 91352


Inland Oven & Furnace Service
508 Rama Drive
La Puente, CA 91746

Inland Paper Company Inc
PO Box 3940
Ontario, CA 91761


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


INTERNATIONAL EQUIPMENT COMPONENTS, INC.
2201 E Willow St UNIT D-104
Signal Hill, CA 90755


Interport Freight Systems Inc.
12923 S Cerise Ave
Hawthorne, CA 90250


IOU Financial
600 TownPark Lane, Suite 100
Kennesaw, GA 30144


Jessica Nay Plascencia Magdaleno
1518 McWethy Street
Rialto, CA 92376


Jesus Ponce
10057 Pradera Ave
Montclair, CA 91763


JoAnn Marie Reese
17344 Cavalcade Drive
Moreno Valley, CA 92555

Jose A Lamas
PO Box 1405
Claremont, CA 91711


Jose A Ponce
16524 Sir Barton Way
Moreno Valley, CA 92551


Jose C Nieto
3060 Glenn Ave.
Los Angeles, CA 90023


Jose D Penado
3124 Ashbrook Dr
Chino Hills, CA 91709


Jose J Cuevas
1378 N San Antonio Ave
Upland, CA 91786


Jose Jimenez Garcia
16857 Inyo St
La Puente, CA 91744


Jose Lopez
540 N. Garfield Ave.
Apt. # E
Montebello, CA 90640


Jose Perez Alvarado
322 South Shipman Avenue
La Puente, CA 91744

Jose R Ramirez
12332 Marbel Avenue
Downey, CA 90242


Jose R Simental
222 E Foothill Blvd
Apt# 67
Pomona, CA 91767


JOSEPH T. RYERSON & SON, INC.
PO Box 100097
Pasadena, CA 91189


Juan Pablo Barajas
527 North Mountain View Avenue
San Bernardino, CA 92401


Kamparts, Inc.
5445 Schaefer Ave
Chino, CA 91710


Kenneth E Carter
2653 Sweetbriar Dr
Claremont, CA 91711


KEYSTON BROS
1100 S Grove Ave BLDG A UNIT 1
Ontario, CA 91761


Kimball, Tirey & St. John LLP
Attn: Cynthia Stelzer
7676 Hazard Center Dr., Suite 900-B
San Diego, CA 92108

Kloeckner Metals
PO Box 741824
Los Angeles, CA 90074


LANDSBERG
PO Box 101144
Pasadena, CA 91189


Lockhart Law Firm APC
41856 Ivy Street STE 201
Murrieta, CA 92562


Loos & Co. Inc.
16B Mashamoquet Rd
Pomfret Center, CT 06259


Lucas Industrial
PO Box 293
Cedar Hill, TX 75106


Lucia G Cuevas
11464 Rockford Ln
Pomona, CA 91766


Luis F Vidarte
5756 Elmwood Rd.
San Bernardino, CA 92404


Lyon Alizna
205 Deerpath Rd
Hickory Creek, TX 75065

Lyon Alizna
205 Deerpath Rd.
Lake Dallas, TX 75065


Madeira USA LLC
344 Hounsell Ave
Gilford, NH 03249


Malmer Strapping Co., Inc.
8842 E Somerset Blvd
Paramount, CA 90723


Manuel Antonio Martinez
5606 Denver Street
Montclair, CA 91763


Marcos Rocha
4910 Verona St.
Los Angeles, CA 90022


Maria O. Fernandez
2717 Arrow Hwy
Apt. 136
La Verne, CA 91750


Maverick Abrasives
4340 E Miraloma Ave
Anaheim, CA 92807


Mazuma Capital
274 W 12300 S
Draper, UT 84020

McMaster Carr Supply Co.
PO Box 7690
Chicago, IL 60680


METZ AIR CONTROL, INC.
13784 Monte Vista Ave
Chino, CA 91710


Mosehart-Schleeter Co., Inc.
PO Box 8
Houston, TX 77001


MS Abrasive Cleaning Equipment, Inc.
PO Box 628 / 3900 Prospect Ave
UNIT H
Yorba Linda, CA 92886


Newport Transportation, Inc.
15229 Spectrum
Irvine, CA 92618


NEXT POINT BEARING GROUP
PO  Box 844266
Los Angeles, CA 90084


Nordson Corporation
PO Box 802586
Chicago, IL 60680


NOTE: HIGHLIGHTED ITEMS ARE UTILILTIES

Nowell Steel and Supply Co., Inc.
10746 Springdale Ave
Santa Fe Springs, CA 90670


Office Depot
PO Box 29248
Phoenix, AZ 85038


One Benefit Source
444 N Larchmont Blvd STE 101
(MEDICAL/EXPENSES)
Los Angeles, CA 90017


PanTerra Networks, Inc.
1737 N First Street STE 230
San Jose, CA 95112


Paramount Saw Corporation
16493 Paramount Blvd
Paramount, CA 90723


Parr Lumber Company
PO Box 989
Chino, CA 91708


Pete Asistin
10539 Rhodesia Ave
Sunland, CA 91040


Pitney Bowes Global Financial Services
PO Box 371887
Pittsburgh, PA 15250

PM Linear Inc.
15330 Fairfield Ranch Rd UNIT E
Chino Hills, CA 91709


ProActive Work Health Services
PO Box 17130
Los Angeles, CA 90017


Prudential Overall Supply
PO Box 11210
Santa Ana, CA 92711


QA LUBRICANTS INC.
12223 Highland Ave UNIT 106-372
Rancho Cucamonga, CA 91739


QINGDAO GRAND FITNESS INT'L CO., LTD
40 Shandong Road
Qingdao Shandong Province 266071
CHINA


Quality Trim Inc.
3645 Clark Ave
St Louis, MI 63110


Rafael Alvarez
581 North Lilac Avenue
Rialto, CA 92376


Raul Ibanez
1660 S Cypress Ave
Ontario, CA 91762

Ray Quinney & Nebeker P.C.
Attn: Stephen C. Tingey
26 South State St, Suite 1400
Salt Lake City, UT 84111


RB Rubber Products Inc.
PO Box 734035
Chicago, IL 60673


RBI Bearing, Inc.
109 N Ivy Ave STE D
Monrovia, CA 91016


Real Good Locksmith
1080 Oak Glen Ln
Colton, CA 92324


Reed Rubber Products, Inc.
3901 Union Blvd STE 106
St Louis, MO 63115


RELIANCE STEEL COMPANY
File#53461
Los Angeles, CA 90074


Rexford Industrial Realty
PO Box 740028
Los Angeles, CA 90074


Rexford Industrial Realty, Inc.
11620 Wilshire Blvd Ste 1000
Los Angeles, CA 90025

Rexford Industrial Realty, LP
PO BOX 740028
Los Angeles, CA 90074


Ricardo S Mora
1627 North Encina Avenue
Rialto, CA 92376


Ricardo T Hernandez
1425 W . 12th St
Apt# 252
Los Angeles, CA 90015


Richard M Reyes
40107 Pasadena Drive
Temecula, CA 92591


RIES Refrigeration
1200 Price St # C
Pomona, CA 91767


Roberto Rodriguez
1363 N. Sierra Way
San Bernardino, CA 92405


Rodolfo Alm
1135 E. 7th Street
Apt. 19
Pomona, CA 91766-3727


Rogelio Morales
1855 E. Riverside
# 230
Ontario, CA 91761

Rosa Mendoza
1413 Fredricks Lane
Upland, CA 91786


Roselia Chaires
10016 Santa Anita Av
Montclair, CA 91763


RT Shelton
4065 E La Palma Ave # A
Anaheim, CA 92807


San Bernardino County Fire Protection Di
157 W Fifth St SECOND FLOOR
San Bernardino, CA 92415


Santiago Soto
640 San Angelo Ave.
La Puente, CA 91746


Saw Service of America
8210 Industry Ave
Pico Rivera, CA 90660


SBC TAX COLLECTOR
172 W Third Street - First Floor
PROPERTY TAX - CHINO LOCATION
San Bernardino, CA 92415


SCOT INDUSTRIES, INC.
PO Box 910018
Dallas, TX 75391

SEALED AIR CORP.
26077 Network Place / FILE 74090
Chicago, IL 60673


Shandong Relax Health Industry Co., Ltd
No 6 Tianshan Er Road
Tongji Industrial Area, Jimo 266228
CHINA


SO CAL BOLT & SUPPLY CO.
1846 W 11th Street STE K
Upland, CA 91786


SoCalGas
PO Box C
Monterey Park, CA 91756


South Coast Air Quality Mgmt
21865 Copley Drive
Diamond Bar, CA 91765


Southern California EDISON
PO Box 300
Rosemead, CA 91772


SRP Computer Solutions, Inc.
101 S Kraemer Blvd STE 100
Placentia, CA 90870


STAPLES
Dept 11 - 0006162515
PO BOX 9001036
Louisville, KY 40290

SULLIVAN CURTIS MONROE
PO Box 19763
Irvine, CA 92623


SUSPA, INC
DEPT 771506
Detroit, MI 48277


Ted Johnson Propane
5140 Elton St
Baldwin Park, CA 91706


Terry's Testing, Inc.
16280 Canon Lane
Chino Hills, CA 91709


The Custom Companies, Inc.
PO Box 3270
Northlake, IL 60164


The Hitt Companies, Inc.
3231 W Mac Arthur Blvd
Santa Ana, CA 92704


The Momentum Group
PO Box 51042
Los Angeles, CA 90074


Tiger Pak
PO Box 829764
Philadelphia, PA 19182

Tiger Trucking Inc
PO Box 250276
Glendale, CA 91225


TMA Worldwide, Inc.
4038 Aitken Dairy Road
Rocklin, CA 95677


Tool & Jig Plating Co.
7635 S Baldwin Place
Whittier, CA 90602


TOP GUN PAINT & BODY
450 S Wineville
Ontario, CA 91761


TREK GLOBAL
1515 NW Bolen St
LA Center, WA 98629


Trumpf Finance
480 Washington Blvd
24th FL
Jersey City, NJ 07310


TRUMPF INC
1111 Hyde Rd
Farmington, CT 06032


TSYS/TRANSFIRST
12202 Airport Way STE 100
Broomfield, CO 80021

Tyler Brooks
155 N. Riverside Dr., Suite 100
Anaheim, CA 92808


U.S. BANK EQUIPMENT FINANCE
PO Box 790448
St Louis, MO 63179


Uline
PO Box 88741
Chicago, IL 60680


United Cargo Management, Inc
19401 S Main St STE 202
Gardena, CA 90248


USA Global Logistics, LLC
255 Madsen Drive
Bloomingdale, IL 60108


VARIA WASTE ENVIRONMENTAL INC
PO Box 2745
Santa Fe Springs, CA 90670


Veolia WTS Services USA, Inc.
PO Box 742132
Los Angeles, CA 90074


Ver Sales, Inc.
2509 N Naomi St
Burbank, CA 91504

Victor Cacari
6164 Easton St
Los Angeles, CA 90022


VIP RUBBER COMPANY, INC
540 S Cypress Street
La Habra, CA 90631


WASTE MANAGEMENT OF THE INLAND EMPIRE
PO Box 541065
Los Angeles, CA 90054


WebFund LLC
99 Wall Street, Suite 1540
New York, NY 10005


WELLS FARGO
PO Box 77101
Minneapolis, MN 55480


West Coast Gasket Co.
300 Ranger Ave
Brea, CA 92821


WESTCOAST INDUSTRIES
PO Box 12047
Marina Del Rey, CA 90295


WEX Bank
PO Box 4337
Carol Stream, IL 60197

ZAL INDUSTRIAL
4905 Telegraph Rd
Los Angeles, CA 90022


Zenon Mota
11513 Seaport Circle
Moreno Valley, CA 92557

CORPORATE RESOLUTION
FOR TUFFSTUFF FITNESS INTERNATIONAL, INC.
A California Corporation

WHEREAS, Richard M. Reyes Jr. and Samuel G. Lockhart, being the sole shareholders and directors of TuffStuff Fitness International, Inc., a California corporation (the "Corporation"), after due deliberation, and consideration of the facts involving the following matter, deems it in the best interests of the Corporation to adopt the following resolutions, and hereby resolves as follows:

<u>RESOLUTIONS</u>

RESOLVED, that the Corporation shall file a voluntary petition under chapter 11 of the Bankruptcy Code (subchapter V) on September 15, 2023 or such other date determined by Richard M. Reyes Jr. ("RR"), to be in the best interests of the Corporation, its creditors and other parties in interest, after consultation with the Corporation's counsel. RR is authorized to sign the voluntary bankruptcy petition and all related documents for the Corporation as the authorized representative of the Corporation, and RR is authorized to designate any other officer, professional or designated representative to sign any such documents on behalf of the Corporation.

FURTHER RESOLVED, that the Corporation's retention of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") to serve as the Corporation's bankruptcy counsel is approved upon terms that are mutually acceptable to the Corporation and LNBYG. RR, in his capacity as the authorized representative of the Corporation, is hereby authorized to negotiate the terms of the Corporation's employment of LNBYG and to execute the Corporation's retention agreement and/or bankruptcy employment application with LNBYG or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Corporation.

FURTHER RESOLVED, that, in his capacity as the authorized representative of the Corporation, RR is hereby authorized to cause the Corporation to employ any other professionals to represent or assist the Corporation in connection with the Corporation's chapter 11 bankruptcy case that RR deems to be in the best interests of the Corporation and to execute such other retention agreements and/or bankruptcy employment applications or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Corporation.

FURTHER RESOLVED, that following the filing of the Corporation's chapter 11 bankruptcy case, RR, in his capacity as the authorized representative of the Corporation, is hereby authorized on behalf of and in the name of the Corporation to execute and file and to cause counsel to the Corporation to prepare with the assistance of the Corporation as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Corporation's bankruptcy case, and to take any and all action that RR deems necessary and proper in connection with the Corporation's bankruptcy case without

the need for any further approval of the Board of Directors (the "Board") unless the Board subsequently decides to the contrary.  Such actions that RR has the authority to cause the Corporation to take without any further approval of the Board (unless the Board subsequently decides to the contrary) shall include, but not be limited to, all of the following: employing and compensating professionals; seeking Bankruptcy Court approval for the Corporation to use cash collateral and/or obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Corporation; selling or liquidating some or substantially all of the Corporation's assets; causing the Corporation to propose a plan of reorganization or liquidation and related disclosure statement and to seek to confirm a plan of reorganization or liquidation; and causing the Corporation to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court.  RR is also authorized to designate any other officer, professional or designated representative to sign any documents related to any of the foregoing on behalf of the Corporation.

FURTHER RESOLVED, that all prior acts and deeds of RR or the other officers of the Corporation acting in their capacity as an authorized representative of the Corporation, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Corporation.

Dated: September 18, 2023

DocuSigned by:

*Richard M. Reyes Jr.*

6730D7257F104C2...

Richard M. Reyes Jr.
Chairman of the Board and
Chief Executive Officer